IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA A. COOK, | } |
| Plaintiff, | } |
| v. | } CASE NO. CV 01-JEO-3243-E |
| TALLADEGA COLLEGE, | } |
| Defendant. | } |

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.[1] In accord with the recommendation, the motion for summary judgment (doc. 8) is due to be granted in part and denied in part with the sexual harassment claim being allowed to proceed and retaliation claim being dismissed with prejudice. An appropriate order will be entered.

DONE this 22nd day of September, 2003.

SHARON LOVELACE BLACKBURN
United States District Judge

---

[1] The court notes that apparently some words were left off the bottom of page 23 of the Magistrate Judge's Report and Recommendation.